## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:                                        Case No. 22-47075-mar

**Tiffanie Douglas,**                         Chapter 7

   Debtor.                                Hon. Mark A. Randon

_____/

**Andrew R. Vara,**
**United States Trustee,**                    Adversary Case No.  22-4350

    Plaintiff,

v.

**Tiffanie Douglas,**

    Defendant.

_____/

### CORRECTED DEFAULT JUDGMENT AGAINST DEFENDANT

   **THIS MATTER** came before the Court upon the Motion of the Plaintiff, Andrew R. Vara, United States Trustee, for entry of Default Judgment against Defendant in accordance with L.B.R. 7055-1 and following Default Entry by Clerk.  The Court finds that the Defendant is in default by virtue of her failure to answer the Complaint seeking denial of discharge of Debtor, Tiffanie Douglas, under 11 U.S.C. § 727.  The Court is otherwise fully advised in the premises.

   **NOW, THEREFORE**,

   **IT IS ORDERED** that the discharge of Debtor, Tiffanie Douglas, is **DENIED** and shall not issue.

*Corrected to list correct case number

**Signed on January 11, 2023**



/s/ Mark A. Randon
_____
**Mark A. Randon**
**United States Bankruptcy Judge**