Form denyd

211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **22−47075−mar**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
    Tiffanie Douglas
    24081 Morton
    Oak Park, MI 48237

Social Security No.:
    xxx−xx−3393

Employer's Tax I.D. No.:

### NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF ORDER DENYING DISCHARGE

NOTICE IS HEREBY GIVEN that on **1/11/2023** an order was entered denying the discharge in the above−entitled Chapter 7 case.

Dated: 1/11/23

BY THE COURT

Todd M. Stickle , Clerk of Court
UNITED STATES BANKRUPTCY COURT